

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

DOCUMENT REJECTION ORDER

```
U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
NOV 29 2005
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

Re:   5:05-cr-322   USA   vs.   Ismail Pierce, Gregory Thomas, Nathan

Case Number:   Speight, Tyler Willis, Skyler Willis, Dennis Jones

Papers Rejected:

Submissions from above listed defendants, received by the Court 11/22/05.

**ORDERED** that the enclosed paper(s) in the above-entitled action have been rejected and returned herewith by the Court, for the following reason(s) checked below. Please read this list carefully to correct the mistakes in your papers. After you correct your papers, you may return them to the Clerk's Office for processing TOGETHER WITH THIS Rejection Order.

1. ☐ The Clerk's Office is unable to determine in which of your cases to file this document. Please indicate the correct case number on the document and resubmit.

2. ☐ Discovery materials are not filed with the clerk unless specifically directed by the court, or when submitted in support of motion filed pursuant to Rule 37 of the Federal Rules of Civil Procedure. See Local Rule 26.2.

3. ☒ Papers cannot be filed without some indication that they have been served on your opponent(s) or their attorney(s). See Local Rule 5.1(a). The Clerk's Office will not forward copies of your papers to opposing counsel.

4. ☐ Only original documents will be accepted by the Court for filing.

5. ☐ Original documents cannot be written in pencil. See Local Rule 10.1.

6. ☐ The clerk has been directed to return this document without filing by Order of the court.

7. ☐ An unsigned copy of the proposed amended pleadings must be attached to a motion brought under Rules 14, 15 and 19-22 of the Federal Rules of Civil Procedure. See Local Rule 7.1 (a)(4).

8. [X] Other: The Court's record indicates that each defendant listed herein has Court appointed Counsel acting on his behalf. All submissions to the Court must be filed by each defendant's counsel of record in order for it to be considered by the Court.

SO ORDERED,

*/s/ Norman A. Mordue*

U.S. District Judge Norman A. Mordue

Dated: November 29, 2005

Note: A copy of this Order has been served upon the parties to this action.

Revised: 4/26/01

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE

RE: UNITED STATES OF AMERICA v. Ismail Akbar Pierce
CASE NUMBER 05-CR-322 (NAM)



NOTICE TO:                          COPIES TO:

Clerk of Court                      Judge Norman A. Mordue
United States District Court        U.S. Attoreny Glenn T. Suddaby
100 South Clinton Street            Asst. U.S. Atty. John M. Katko
Syracuse, New York 13261-7198       Council of Record

                                    David M. Giglio

1. I, Ismail Akbar Pierce Demand a copy of the grand jury list of jurors.

2. I, Ismail Akbar Pierce Demand a copy of the petit jury list of jurors.

3. I, Ismail Akbar Pierce Declare that it is my right according to the 6th Amendment to make this demand.

                                    Signed this 7 day of November 2005

                                    _____
                                    All Rights Reserved in Propria Persona

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE

RE: UNITED STATES OF AMERICA v. Nathan Tyrone Speigths
CASE NUMBER 05-CR-322 (NAM)

NOTICE TO:

Clerk of Court
United States District Court
100 South Clinton Street
Syracuse, New York 13261-7198

COPIES TO:

Judge Norman A. Mordue
U.S. Attoreny Glenn T. Suddaby
Asst. U.S. Atty. John M. Katko
Council of Record
Paul Carey

1. I, Nathan Tyrone Speigths Demand a copy of the grand jury list of jurors.

2. I, Nathan Tyrone Speigths Demand a copy of the petit jury list of jurors.

3. I, Nathan Tyrone Speigths Declare that it is my right according to the 6th Amendment to make this demand.

Signed this 16 day of November 2005

_____Nathan Speights_____
All Rights Reserved in Propria Persona

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE

RE: UNITED STATES OF AMERICA v. Tyler Miles Willis
CASE NUMBER 05-CR-322 (NAM)

NOTICE TO:                                    COPIES TO:

Clerk of Court                                Judge Norman A. Mordue
United States District Court                  U.S. Attoreny Glenn T. Suddaby
100 South Clinton Street                      Asst. U.S. Atty. John M. Katko
Syracuse, New York 13261-7198                 Council of Record

                                              Attorney James McCraft

1. I, Tyler Miles Willis Demand a copy of the grand jury list of jurors.

2. I, Tyler Miles Willis Demand a copy of the petit jury list of jurors.

3. I, Tyler Miles Willis Declare that it is my right according to the 6th Amendment to make this demand.

                                    Signed this  3  day of November 2005

                                    _____
                                    All Rights Reserved in Propria Persona

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE

RE: UNITED STATES OF AMERICA v. Skyler Jules Willis
CASE NUMBER 05-CR-322 (NAM)

| NOTICE TO: | COPIES TO: |
|---|---|
| Clerk of Court<br>United States District Court<br>100 South Clinton Street<br>Syracuse, New York 13261-7198 | Judge Norman A. Mordue<br>U.S. Attoreny Glenn T. Suddaby<br>Asst. U.S. Atty. John M. Katko<br>Council of Record<br>*Stephen Lance Cimino* |

1. I, Skyler Jules Willis Demand a copy of the grand jury list of jurors.

2. I, Skyler Jules Willis Demand a copy of the petit jury list of jurors.

3. I, Skyler Jules Willis Declare that it is my right according to the 6th Amendment to make this demand.

Signed this 4 day of NOV 2005

*Skyler Willis*
All Rights Reserved in Propria Persona

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE

RE: UNITED STATES OF AMERICA v. Dennis Dwayne Jones
CASE NUMBER 05-CR-322 (NAM)

NOTICE TO:                                  COPIES TO:

Clerk of Court                              Judge Norman A. Mordue
United States District Court                U.S. Attoreny Glenn T. Suddaby
100 South Clinton Street                    Asst. U.S. Atty. John M. Katko
Syracuse, New York 13261-7198                      Council of Record


1. I, Dennis Dwayne Jones Demand a copy of the grand jury list of jurors.

2. I, Dennis Dwayne Jones Demand a copy of the petit jury list of jurors.

3. I, Dennis Dwayne Jones Declare that it is my right according to the 6th Amendment to make this demand.


                              Signed this 03 day of NOV       2005

                              *Dennis Dwayne Jones*
                              All Rights Reserved in Propria Persona

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DEMAND NOTICE

RE: UNITED STATES OF AMERICA v. Gregory Earl Thomas
CASE NUMBER 05-CR-322 (NAM)

NOTICE TO:                          COPIES TO:

Clerk of Court                      Judge Norman A. Mordue
United States District Court        U.S. Attoreny Glenn T. Suddaby
100 South Clinton Street            Asst. U.S. Atty. John M. Katko
Syracuse, New York 13261-7198           Council of Record



1. I, Gregory Earl Thomas Demand a copy of the grand jury list of jurors.

2. I, Gregory Earl Thomas Demand a copy of the petit jury list of jurors.

3. I, Gregory Earl Thomas Declare that it is my right according to the 6th Amendment to make this demand.

Signed this 20 day of November 2005

_____
All Rights Reserved in Propria Persona

Gregory Earl Thomas

Onondaga County Justice Center
555 South State Street
Syracuse, New York 13202-2104

NOTICE TO:

Clerk of Court
United States District Court
U.S. Court House
100 S. Clinton Street
Syracuse, New York 13261-7198

COPY TO:

U.S. Attorney Glenn T. Suddaby
Assistant U.S. Attorney John M. Katko
100 S. Clinton Street
Syracuse, New York 13261-7198
Judge Norman A. Mordue

United States District Court

For the Northern District of New York

| | |
|---|---|
| United States of America ) | Case No.: 05-CR-322(NAM) |
| Plaintiff, ) | MOTION TO PROVIDE FOR INSPECTION OF JURY LIST IN SUPPORT OF A FUTURE MOTION TO DISMISS GRAND JURY INDICTMENT PURSUANT TO TITLE 28 U.S.C. § 1867 (a) AND (f) |
| vs. ) | |
| Gregory Earl Thomas ) | |
| Defendant ) | |

## INTRODUCTION

The Sixth amendment requires that:

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

Title 28 U.S.C. Judiciary and Judicial Procedure provides:

28 U.S.C. 1867(a):
In criminal cases, before the voir dire examination begins, or within seven days after the defendant discovered or could have discovered, by the exercise of